Carla Sutera, as Administratrix, etc., of Francesco Sutera, Deceased, Appellant, v. Anchor Line Steamship Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to amend granted, upon condition that the plaintiff within twenty days pay to the defendant the costs of the action to the date of the original making of the motion, and ten dollars costs of motion. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

Frank Szemko and Joseph Gaydica, Doing Business under the Firm Name of Szemko & Gaydica, Respondents, v. Harris Weiner and Morris Weiner, Doing Business under the Firm Name, etc., Appellants, Impleaded with Others, Defendants.— Order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Joseph Szinkus, Respondent, v. William A. Jamison, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Carr, Stapleton and Mills, JJ., concurred; Putnam, J., dissented.

Town of North Hempstead, Respondent, v. Benjamin Stern, Appellant. — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Agostino Troiano, Respondent, v. Antonio Galasso and Joseph Galasso, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Annie Wachsman, Appellant, v. Brooklyn Union Elevated Railroad Company, Respondent.— Judgment and order of the County Court of Kings county reversed and a new trial ordered, costs to abide the event, on the ground that the damages for the physical injury to plaintiff's eye are inadequate. We think that the issue as made by the pleadings did not entitle plaintiff to recover for any loss of earnings in her business. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Percy G. Williams, Respondent, v. William K. Dickerson and Others, Defendants. Leander B. Faber, as Receiver in Supplementary Proceedings of Patrick H. Flynn, Appellant.—Judgment of the County Court of Kings county affirmed, with costs. No opinion. Thomas, Carr, Mills, Rich and Putnam, JJ., concurred.

Frank P. Williams, Appellant, v. W. H. Langley & Company, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

B. A. & G. N. Williams, Respondent, v. New York and Queens Electric Light and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.